Homer D. McCann, Appellee, v. Woodstock Typewriter Company, Appellant.

Gen. No. 41,147.   (Abstract of Decision.)

Heard in third

division, first district, this court at February term, 1940; opinion filed May 22, 1940. Gardner, Foote, Morrow & Merrick, for appellant; Robert L. Elliott, Jr., of counsel; Albert E. Grammer, for appellee. Opinion by JUSTICE BURKE. "Not to be published in full."